(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Minnesota** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Intrepid U.S.A., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**41-1684069** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6600 France Avenue South, Suite 510**<br>**Edina, MN 55425** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Hennepin** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor **6600 France Avenue South, Suite 510**
(if different from street address above): **Edina, MN 55425**

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business    ■ Business

**Chapter 11 Small Business** (Check all boxes that apply)
■ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

(Official Form 1) (12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Intrepid U.S.A., Inc.** | **FORM B1**, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Cass S. Weil 115228 and James A. Rubenstein 94080**
Signature of Attorney for Debtor(s)

**Cass S. Weil 115228 and James A. Rubenstein 94080**
Printed Name of Attorney for Debtor(s)

**Moss & Barnett**
Firm Name

**4800 Wells Fargo Center**
**90 South Seventh Street**
**Minneapolis, MN 55402-4129**
Address

**612-347-0300**
Telephone Number

**January 29, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Todd Garamella**
Signature of Authorized Individual

**Todd Garamella**
Printed Name of Authorized Individual

**Presiden**
Title of Authorized Individual

**January 29, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## District of Minnesota

In re **Intrepid U.S.A., Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACS-CONSULTEC, INC.<br>P.O. Box 14422<br>Des Moines, IA 50306-3422 | ACS-CONSULTEC, INC.<br>P.O. Box 14422<br>Des Moines, IA 50306-3422 | | | 147,170.13 |
| ALLINA HEALTH SYSTEMS<br>5640 Smetana Drive<br>Hopkins, MN 55343 | ALLINA HEALTH SYSTEMS<br>5640 Smetana Drive<br>Hopkins, MN 55343 | | | 1,413,818.00 |
| BUSINESSWARE SOLUTIONS<br>500 WEST 79TH STREET<br>SUITE #3<br>Chanhassen, MN 55317 | BUSINESSWARE SOLUTIONS<br>500 WEST 79TH STREET<br>SUITE #3<br>Chanhassen, MN 55317 | | | 56,360.80 |
| CNA<br>23520 Network Place<br>Chicago, IL 60673-1235 | CNA<br>23520 Network Place<br>Chicago, IL 60673-1235 | | | 399,512.00 |
| GENESIS HOME CARE, INC.<br>3445 WASHINGTON DRIVE<br>SUITE 104<br>Saint Paul, MN 55122 | GENESIS HOME CARE, INC.<br>3445 WASHINGTON DRIVE<br>SUITE 104<br>Saint Paul, MN 55122 | | | 78,517.58 |

In re **Intrepid U.S.A., Inc.** _____, Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GULF SOUTH MEDICAL SUPPLY<br>PO BOX 841968<br>Dallas, TX 75284-1968 | GULF SOUTH MEDICAL SUPPLY<br>PO BOX 841968<br>Dallas, TX 75284-1968 | | | 113,249.43 |
| Healthcare Industry Fund<br>2911 Turtle Creek Blvd.<br>Dallas, TX 75219 | Healthcare Industry Fund<br>2911 Turtle Creek Blvd.<br>Dallas, TX 75219 | | | 641,602.00 |
| I O S CAPITAL 361550<br>1738 Bass Road<br>Macon, GA 31210 | I O S CAPITAL 361550<br>1738 Bass Road<br>Macon, GA 31210 | | | 44,866.23 |
| IKON OFFICE SOLUTIONS<br>1738 Bass Road<br>Macon, GA 31210 | IKON OFFICE SOLUTIONS<br>1738 Bass Road<br>Macon, GA 31210 | | | 35,709.42 |
| IRS, Special Procedures Branch<br>801 Broadway MDP 146<br>Nashville, TN 37203 | IRS, Special Procedures Branch<br>801 Broadway MDP 146<br>Nashville, TN 37203 | | | 6,513,889.31 |
| METRO SYSTEMS<br>SDS 12-0996<br>PO BOX 86<br>Minneapolis, MN 55486-0996 | METRO SYSTEMS<br>SDS 12-0996<br>PO BOX 86<br>Minneapolis, MN 55486-0996 | | | 124,254.73 |

In re **Intrepid U.S.A., Inc.**                                         , Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MVR HOMECARE INC.<br>3435 Washington Drive<br>Suite 104<br>Saint Paul, MN 55122 | MVR HOMECARE INC.<br>3435 Washington Drive<br>Suite 104<br>Saint Paul, MN 55122 | | | 137,665.49 |
| McBee Associates<br>997 Old Eagle School Rd.<br>Suite 205<br>Wayne, PA 19087 | McBee Associates<br>997 Old Eagle School Rd.<br>Suite 205<br>Wayne, PA 19087 | | | 319,718.13 |
| Mckesson Information Systems<br>1550 E. Republic Rd.<br>Springfield, MO 65804 | Mckesson Information Systems<br>1550 E. Republic Rd.<br>Springfield, MO 65804 | | | 372,149.75 |
| Medicare Fund (CMS)<br>500 E. Court Ave.<br>#200<br>Des Moines, IA 50309 | Medicare Fund (CMS)<br>500 E. Court Ave.<br>#200<br>Des Moines, IA 50309 | | | 10,850,000.00 |
| National City Bank<br>PO Box 400177 | National City Bank<br>PO Box 400177 | | | 210,679.73 |
| Palmentto GBA-AG-340<br>Medicare Federal HIB<br>2300 Springdale Dr., Bldg. 1<br>Camden, SC 29020 | Palmentto GBA-AG-340<br>Medicare Federal HIB<br>2300 Springdale Dr., Bldg. 1<br>Camden, SC 29020 | | | 2,515,916.00 |

In re   **Intrepid U.S.A., Inc.**                              ,   Case No. _____
                              Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **QWEST COMMUNICATIONS**<br>323 Stenson Blvd.<br>Minneapolis, MN 55413 | **QWEST COMMUNICATIONS**<br>323 Stenson Blvd.<br>Minneapolis, MN 55413 | | | 41,248.74 |
| **SPRINT**<br>PO BOX 930331<br>Atlanta, GA 31193-0331 | **SPRINT**<br>PO BOX 930331<br>Atlanta, GA 31193-0331 | | | 71,984.55 |
| **THE HAYS GROUP**<br>NCB-88<br>PO BOX 1414<br>Minneapolis, MN 55480-1414 | **THE HAYS GROUP**<br>NCB-88<br>PO BOX 1414<br>Minneapolis, MN 55480-1414 | | | 80,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Presiden of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    **January 29, 2004**                           Signature  **/s/ Todd Garamella**_____
                                                                  **Todd Garamella**
                                                                  **Presiden**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**Form 1008-1 - Proof Of Authority To Sign And File Petition**

# United States Bankruptcy Court
### District of Minnesota

In re  **Intrepid U.S.A., Inc.**                                                               Case No. _____

                                Debtor(s)                                                              Chapter  **11**

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, __**Todd Garamella**__, declare under penalty of perjury that I am the __**President**__ of __**Intrepid U.S.A., Inc.**__, a Minnesota corporation and that on __**January 29, 2004**__ the following resolution was duly adopted by the _____ of this corporation:

   "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter __**11**__ of Title 11 of the United States Code;

   Be It Therefore Resolved, that __**Todd Garamella**__, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter __**11**__ voluntary bankruptcy case on behalf of the corporation; and

   Be It Further Resolved, that __**Todd Garamella**__, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

   Be It Further Resolved, that __**Todd Garamella**__, President of this corporation, is authorized and directed to employ __**Cass S. Weil 115228**__, attorney and the law firm of __**Moss & Barnett**__ to represent the corporation in such bankruptcy case."

                                                              (or)
   I, _____, declare under penalty of perjury that I am one of the general partners of _____, a Minnesota partnership, that _____, _____, and _____ are all of the other general partners, and that all general partners have authorized me to file a voluntary petition commencing a chapter _____ voluntary bankruptcy case on behalf of the partnership.

                                                              (or)
   I, _____, declare under penalty of perjury that I am the sole general partner of _____, a Minnesota limited partnership, and that I am authorized to file a voluntary petition commencing a chapter _____ voluntary bankruptcy case on behalf of the partnership.

(or)

I, \_\_\_\_\_, declare under penalty of perjury that I am the duly appointed and qualified guardian ad litem of \_\_\_\_\_, that I am authorized to file a voluntary petition commencing a chapter \_\_\_\_\_ voluntary bankruptcy case on behalf of \_\_\_\_\_, and that a certified copy of my appointment as such guardian ad litem is attached and made a part of this statement.

Date **January 29, 2004**　　　　　Signature **/e/ Todd Garamella**
　　　　　　　　　　　　　　　　　　　　　　　**Todd Garamella**
　　　　　　　　　　　　　　　　　　　　　　　**President**

**LOCAL RULE REFERENCE: 1008-1**

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy