UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Intrepid U.S.A, Inc. ) Bankruptcy No. 04-40416
Intrepid of Golden Valley, Inc. ) 04-30473
F.C. Acquisition Corporation ) 04-40418
)
      Debtor(s) ) Chapter 11
)
) **APPOINTMENT OF COMMITTEE**
) **OF UNSECURED CREDITORS IN**
) **CHAPTER 11 CASE**

    The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor: QBF
   Address: 5097 Nathan Lane
   Minneapolis, MN  55442

   Contact Person: Tom Hoerr        Phone: (763) 559-4330

2. Creditor: The Hays Group, Inc.
   Address: 80 South 8th Street
   700 IDS Tower
   Minneapolis, MN  55402

   Contact Person: Stephen Lerum        Phone: (612) 373-7273

3. Creditor: McKesson Information Solutions
   Address: 1550 E. Republic Road
   Springfield, MO  65804

   Contact Person: Brenda Lile        Phone: (417) 874-4000 x 4116
       Account Manager        Fax:   (417) 874-4015

       Craig Frazier        Phone: (417) 874-4000 x 4123
       Vice President        Fax:   (417) 874-4003

Tom Hoerr is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

DATED this 23rd day of February, 2004.

Respectfully submitted,

Habbo G. Fokkena
United States Trustee
Region 12

By: _____
Michael R. Fadlovich
Trial Attorney
MN Atty I.D. No. 158410
U.S. Trustee's Office
300 South Fourth St., #1015
Minneapolis, MN  55415
(612) 664-5500

cc: Cass Weil