#2939358\1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc. | Case No. 04-40416-NCD |
| Intrepid of Golden Valley, Inc. | Case No. 04-40462-NCD |
| F.C. Acquisition Corporation, | Case No. 04-40418-NCD |
| | (Jointly Administered) |
| Debtors. | |

**ORDER AUTHORIZING EMPLOYMENT OF CROSSROADS, LLC
AND AUTHORIZING CONDITIONAL PAYMENT OF
POST-PETITION RETAINER**

Upon the Application by the Debtors to employ the management and consulting firm of Crossroads, LLC in these Chapter 11 cases, it appears that it is necessary for the Debtors to employ outside management and restructuring advisor, it appears that the advisors selected by the Debtors do not hold or represent an interest adverse to the estates and that they are disinterested within the meaning of 11 U.S.C. § 327(a),

IT IS HEREBY ORDERED:

1. The Debtors may employ Crossroads, LLC effective March 4, 2004, upon the basis set forth in the application, subject to the provisions of 11 U.S.C. §§ 328 and 330;

2. The Debtors are authorized to pay Crossroads, LLC an initial retainer of $100,000.00 which Crossroads, LLC is hereby authorized to hold for application against its final fees;

3. Crossroads, LLC may send monthly requests for payment of fees and reimbursement of expenses to the Debtors, with copies to the Office of United States Trustee, counsel for the Committee of Unsecured Creditor, counsel for DVI and counsel for the Debtors; and the Debtors are authorized to pay 80% of monthly fees and 100% of monthly expenses, subject to later allowance by the Court as set out above.

UNITED STATES BANKRUPTCY COURT

Dated: March 22, 2004

/e/ Nancy C. Dreher
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/25/04
Lori A. Vosejpka, Acting Clerk, By KK

e138-1

STATE OF MINNESOTA

                                SS.

COUNTY OF HENNEPIN


I, Karen Krouch, hereby certify: I am a Deputy Clerk of the United States Bankruptcy Court for the District of Minnesota; on March 25, 2004, I placed copies of the attached:

ORDER

in individual postage metered official envelopes addressed to each of the persons, corporations, and firms at their last known addresses:


Habbo G. Fokkena, United States Trustee, 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415

Clinton E. Cutler, Esquire
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

Amy J. Swedberg, Esquire
90 South Seventh Street
Suite 3300
Minneapolis, Minnesota 55402

Richard Beck, Esq.
260 S. Broad Street
Philadelphia, PA  19102

John R. McDonald, Esq.
Robins Kaplain Miller & Ciresi
800 LaSalle Ave. S., Suite 2800
Minneapolis, MN  55402

Michael L. Meyer, Esquire
4545 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Jeffrey K. Garfinkle, Esq.

Buchalter, Nemer, Fields
18400 Van Karman Ave., Suite 800
Irvine, CA  92612


I sealed and placed the envelopes in the United States mail at Minneapolis, Minnesota.


                                                        /e/ Karen Krouch
                                                        Karen Krouch, Deputy Clerk