UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| INTREPID U.S.A., INC. | BKY No. 04-40416 |
| INTREPID OF GOLDEN VALLEY, INC. | BKY No. 04-40462 |
| F.C. ACQUISITION CORPORATION, | BKY No. 04-40418 |
| Debtors. | (Chapter 11 – Jointly Administered) |

## ORDER AUTHORIZING COMMITTEE TO EMPLOY
## BUCHALTER, NEMER, FIELDS & YOUNGER, P.C. AS COUNSEL

This case came before the Court on the Application of Official Committee of Unsecured Creditors to Employ Buchalter, Nemer, Fields & Younger, P.C., as Counsel (the "Application"). Based on the Application and the file, record and proceedings herein,

**IT IS HEREBY ORDERED:**

1.   That the employment by the Official Committee of Unsecured Creditors (the "Committee") of Buchalter, Nemer, Fields & Younger, a Professional Corporation (the "Firm"), as counsel for the Committee to assist the Committee in the performance of its duties as set forth in the Application is approved effective February 25, 2004.

2.   That fee applications by the Firm may be heard on 90-day intervals from commencement of the case.

3.   The Debtors are authorized to pay monthly invoices of the Firm under the procedures in Instruction No. 8(c) of the Instructions for Filing a Chapter 11 Case, adopted by this Court effective January 27, 2003.

**BY THE COURT:**

Dated: March 24 , 2004         /e/ Nancy C. Dreher
                               Nancy C. Dreher

Doc# 1860395\2

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/25/04
 Lori A. Vosejpka, Acting Clerk, By KK

e140-1

STATE OF MINNESOTA
                            SS.
COUNTY OF HENNEPIN

I, Karen Krouch, hereby certify: I am a Deputy Clerk of the United States Bankruptcy Court for the District of Minnesota; on March 25, 2004, I placed copies of the attached:

ORDER

in individual postage metered official envelopes addressed to each of the persons, corporations, and firms at their last known addresses:

Habbo G. Fokkena, United States Trustee, 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415

Clinton E. Cutler, Esquire
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

Jeffrey K. Garfinkle, Esq.
Buchalter, Nemer, Fields
18400 Van Karman Ave., Suite 800
Irvine, CA  92612

I sealed and placed the envelopes in the United States mail at Minneapolis, Minnesota.

                                                           /e/ Karen Krouch
                                                           Karen Krouch, Deputy Clerk