UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc. | Case No. 04-40416-NCD |
| and Jointly Administered Cases, | Case No. 04-40462-NCD |
| | Case No. 04-40418-NCD |
| Debtors. | Case Nos. 04-41924 - 04-41988-NCD |

**AMENDMENT TO ORDER DATED FEBRUARY 6, 2004
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

On February 6, 2004, this Court entered an Order Directing the Joint Administration of the Chapter 11 cases of Intrepid U.S.A., Inc., Intrepid of Golden Valley, Inc. And F.C. Acquisition Corporation. On April 12, 2004, an additional 65 chapter 11 cases related to Intrepid U.S.A., Inc. were filed and assigned Case Nos. 04-41924 - 04-41988 [and listed on attached Exhibit A]. It appearing appropriate to do so, the Court makes this Amendment to its earlier Joint Administration Order to facilitate the handling of these 65 related cases.

THEREFORE, it is hereby ORDERED as follows:

1. The above-captioned bankruptcy cases shall be procedurally consolidated and jointly administered by this Court.

2. The caption of the jointly administered Chapter 11 cases (the "consolidated caption") shall read as follows:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

                         Chapter 11 Bankruptcy

Intrepid U.S.A., Inc.                  Case No. 04-40416-NCD
and Jointly Administered Cases,       Case No. 04-40462-NCD
                                  Case No. 04-40418-NCD
                Debtors.    Case Nos. 04-41924 - 04-41988-NCD

3. The Clerk of the Court is directed to make the following docket entry in each of the jointly administered Chapter 11 cases:

> An order has been entered in this case directing the joint administration of the Chapter 11 cases of Intrepid USA, Inc. and jointly administered cases, numbered 04-40462, 04-40418 and 04-441924 - 04-441988 and further directing that all future documents (except schedules and statements, claims, and any amendments thereto) shall be filed in, and all future docket entries made, **only** in Case No. 04-40416.

4. Except as provided in paragraphs 5, 6 and 7 below, all future documents in these cases shall bear the consolidated caption and shall be filed **only** in Case No. 04-40416.

5. Each Debtor shall file its Schedules and Statements, and any amendments thereto, in its respective case.

6. Each creditor who files a proof of claim shall identify on the claim form the name of the particular Debtor against which the claim is asserted.

7. The Debtors shall file a Supplemental matrix in Case No. 04-40416, listing the names and addresses of creditors from Case Nos. 04-441924 - 04-441988.

8. Nothing contained in this Order shall be construed to prevent a Debtor from requesting other relief with respect to claims, or shall be construed to cause the substantive consolidation of these Chapter 11 cases.

Dated: April 12, 2004.                    /e/ Nancy C. Dreher
                                          Nancy C. Dreher
                                          UNITED STATES BANKRUPTCY JUDGE

e159-1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/12/04
Lori A. Vosejpka, Acting Clerk, By KK

| | |
|---|---|
| Intrepid Companies, Inc. | BKY 04-41924 |
| Intrepid of Edina, Inc. | BKY 04-41925 |
| Intrepid of Indiana, Inc. | BKY 04-41926 |
| Intrepid of Iowa, Inc. | BKY 04-41927 |
| Intrepid of Missouri, Inc. | BKY 04-41928 |
| Intrepid of Nebraska, Inc. | BKY 04-41929 |
| Intrepid of New Jersey, Inc. | BKY 04-41930 |
| Intrepid of New York, Inc. | BKY 04-41931 |
| Intrepid of North Carolina, Inc. | BKY 04-41932 |
| Intrepid of North Dakota, Inc. | BKY 04-41933 |
| Intrepid of Ohio, Inc. | BKY 04-41934 |
| Handle With Care Medicare Agency, Inc. | BKY 04-41935 |
| Morrison Home Care, Inc. | BKY 04-41936 |
| North Coast Healthcare Group, Inc. | BKY 04-41937 |
| NC HHA, Inc. | BKY 04-41938 |
| Intrepid of Oklahoma, Inc. | BKY 04-41939 |
| Intrepid of Rhode Island, Inc. | BKY 04-41940 |
| Intrepid of Rochester, Inc. | BKY 04-41941 |
| Intrepid of Southern Minnesota, Inc. | BKY 04-41942 |
| Intrepid of St. Cloud, Inc. | BKY 04-41943 |
| Intrepid of Texas, Inc. | BKY 04-41944 |
| Intrepid Home Health Care, Inc. | BKY 04-41945 |
| Intrepid of Amarillo, Inc. | BKY 04-41946 |
| Intrepid of Austin Texas, Inc. | BKY 04-41947 |
| Intrepid of El Paso, Inc. | BKY 04-41948 |
| Intrepid of Houston Texas, Inc. | BKY 04-41949 |
| Intrepid of Louisiana, Inc. | BKY 04-41950 |
| Intrepid of Northeast Texas, Inc. | BKY 04-41951 |
| Intrepid of San Antonio, Inc. | BKY 04-41952 |
| Intrepid of South Texas, Inc. | BKY 04-41953 |
| Intrepid of Southeast Louisiana, Inc. | BKY 04-41954 |
| Intrepid of Southeast Texas, Inc. | BKY 04-41955 |
| Intrepid of Southern Colorado, Inc. | BKY 04-41956 |
| Intrepid of the Metroplex, Inc. | BKY 04-41957 |
| Intrepid of West Texas, Inc. | BKY 04-41958 |
| Intrepid of the Twin Cities, Inc. | BKY 04-41959 |
| Intrepid of Virginia, Inc. | BKY 04-41960 |
| Intrepid of Washington, Inc. | BKY 04-41961 |
| Intrepid America, Inc. | BKY 04-41962 |
| Intrepid America – Colorado, Inc. | BKY 04-41963 |
| Intrepid America – Georgia, Inc. | BKY 04-41964 |

**EXHIBIT A**

| | |
|---|---|
| Intrepid America – Indiana, Inc. | BKY 04-41965 |
| Intrepid America – Minnesota, Inc. | BKY 04-41966 |
| Intrepid America – Missouri, Inc. | BKY 04-41967 |
| Intrepid America – Nebraska, Inc. | BKY 04-41968 |
| Intrepid America – Northern Florida, Inc. | BKY 04-41969 |
| Intrepid America – Ohio, Inc. | BKY 04-41970 |
| Intrepid America – Oregon, Inc. | BKY 04-41971 |
| Intrepid America – Texas, Inc. | BKY 04-41972 |
| Intrepid America – Washington, Inc. | BKY 04-41973 |
| Intrepid Affiliates, Inc. | BKY 04-41974 |
| F.C. of Alabama, Inc. | BKY 04-41975 |
| F.C. of Arizona, Inc. | BKY 04-41976 |
| F.C. of Arkansas, Inc. | BKY 04-41977 |
| F.C. of Florida, Inc. | BKY 04-41978 |
| F.C. of Georgia, Inc. | BKY 04-41979 |
| F.C. of Indiana, Inc. | BKY 04-41980 |
| F.C. of Kentucky, Inc. | BKY 04-41981 |
| F.C. of Missouri, Inc. | BKY 04-41982 |
| F.C. of Pennsylvania, Inc. | BKY 04-41983 |
| F.C. of South Carolina, Inc. | BKY 04-41984 |
| F.C. of Tennessee, Inc. | BKY 04-41985 |
| F.C. of Texas, Inc. | BKY 04-41986 |
| F.C. of Virginia, Inc. | BKY 04-41987 |
| F.C. of West Virginia, Inc. | BKY 04-41988 |

**EXHIBIT A**

STATE OF MINNESOTA
                                          SS.
COUNTY OF HENNEPIN


I, Karen Krouch, hereby certify: I am a Deputy Clerk of the United States Bankruptcy Court for the District of Minnesota; on April 12, 2004, I placed copies of the attached:

ORDER

in individual postage metered official envelopes addressed to each of the persons, corporations, and firms at their last known addresses:


Habbo G. Fokkena, United States Trustee, 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415

Clinton E. Cutler, Esquire
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402-1425

William I. Kampf, Esquire
821 Marquette Avenue South
Suite 901
Minneapolis, Minnesota 55402

George H. Singer, Esquire
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Jeffrey K. Garfinkle, Esq.
Buchalter Nemer Fields
18400 Von Karman Ave., Suite 800
Irvine, CA  92612

Michael R. Stewart, Esquire
90 South Seventh Street
Suite 2200
Minneapolis, Minnesota 55402

Michael L. Meyer, Esquire
4545 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Richard M. Beck, Esq.
260 S. Broad St.
Philadelphia, PA 19102

Clark T. Whitmore, Esquire
90 South Seventh Street
Suite 3300
Minneapolis, Minnesota 55402-0612

Michael P. Massad, Esq.
Hunton & Williams LLP
30th Floor, Energy Plaza
1601 Bryan St.
Dallas, TX 75201


I sealed and placed the envelopes in the United States mail at Minneapolis, Minnesota.


                /e/ Karen Krouch
                Karen Krouch, Deputy Clerk