## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc. | Case No. 04-40416 |
| and Jointly Administered Cases, | Case No. 04-40462 |
| | Case No. 04-40418 |
| Debtors. | Case Nos. 04-41924 - 04-41988 |

_____

### SUPPLEMENTAL AFFIDAVIT OF ATTORNEY
### IN CONNECTION WITH EMPLOYMENT OF LINDQUIST & VENNUM, P.L.L.P.
### PURSUANT TO RULE 2014

_____

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

George H. Singer, being first duly sworn, states on oath in support of the representation of the Committee of Unsecured Creditors (the "Committee") by Lindquist & Vennum P.L.L.P. ("Lindquist & Vennum") in the above-referenced case as follows:

1. I am an attorney duly licensed to practice law and admitted to practice before the State and Federal Courts of the State of Minnesota, and a partner of the law firm of Lindquist & Vennum which maintains an office for the general practice of law at 4200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

2. Lindquist & Vennum has been retained by the Committee to serve as co-counsel in the above-captioned Chapter 11 cases. The Court authorized the employment of Lindquist & Vennum by order entered on March 11, 2004.

3. At the time the Application of Employment of Lindquist & Vennum (the "Application") was filed, Lindquist & Vennum reviewed the list of the 20 largest unsecured creditors and certain other papers that had been filed in this matter, and the Committee disclosed in the Application certain connections known to be had by Lindquist & Vennum with Intrepid U.S.A., Inc., Intrepid of Golden Valley, Inc. and F.C. Acquisition Corporation (collectively, the "Debtors"), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

4. After more comprehensive review of the Debtors' schedules and additional information that has been filed with the Court since the Application, Lindquist & Vennum has discovered and now discloses the following connections with the creditors and any other party in interest, along with their respective attorneys and accountants:

a. Lindquist & Vennum has, from time to time, represented Hampton Inn and/or its affiliates, which may be an unsecured creditor in this case although it is not altogether clear from the Debtors' schedules;

b. Lindquist & Vennum has, from time to time, represented United Healthcare and/or its affiliates, which may be an unsecured creditor in this case although it is not altogether clear from the Debtors' schedules;

c. Lindquist & Vennum has, from time to time, represented Koch Industries, Inc., which may be an unsecured creditor in this case although it is not altogether clear from the Debtors' schedules;

d. Lindquist & Vennum has, from time to time, represented Welsh Companies Inc. and/or its affiliates, which may be an interested party in this case although it is not altogether clear from the Debtors' schedules;

e. Lindquist & Vennum has, from time to time, represented ING Bank and ING National Trust and/or their affiliates, which may be unsecured creditors in this case although it is not altogether clear from the Debtors' schedules;

f. Lindquist & Vennum has, from time to time, represented Reliastar Financial Corp., which may be an unsecured creditor in this case although it is not altogether clear from the Debtors' schedules;

g. Lindquist & Vennum has, from time to time, represented clients that are engaged in contractual relationships/negotiations, litigation or involved in disputes with the following creditors or parties involved or potentially involved in this case: (i) Minnesota Department of Economic Security; (ii) Manulife Financial; (iii) Unum Life Insurance; (iv) Aramark Refreshment Services and/or its affiliates; (v) Aspen Publishers, Inc.; (vi) an entity known as "Briggs" in a Chapter 7 proceeding; (vii) Cellular One; (viii) Metlife Auto & Home and Metlife Insurance; (ix) Jeffrey Haff, Esq., attorney of Michael Keith Dempsey; (x) General Office Products; (xi) entities known as "Koch Industries," "Koch Refining," "Koch Truck Line Inc.," and "Koch Companies;" (xii) Mardsen Building Maintenance; (xiii) Matthew Bender; (xiv) Metrocall, Inc.; (xv) Teletron, Inc.; (xvi) an entity known as "Muzak" in a Chapter 7 proceeding; (xvii) On Time Delivery Service, Inc.; (xviii) PBCC; (xix) entities known as "Shred It America, Inc." and "Shred It North Carolina;" (xx) Unline; (xxi) United Healthcare and/or its affiliates; (xxii) U.S. Department of Labor; (xxiii) an entity known as "United Western Medical CT" in a Chapter 7 proceeding; (xxiv) an entity known as "Welsh Companies, Inc." and/or it affiliates; (xxv) Fleet National Bank and/or its affiliates; (xxvi) ING and ING Capital; (xxvii) Reliastar Financial Corp and Reliastar; (xxviii) Caterpillar Financial Services; and (xxix) entities known as "Abacus Trading Company" and "Abacus Ventures."

FURTHER AFFIANT SAYETH NOT.

                                              LINDQUIST & VENNUM P.L.L.P.

By: _____
George H. Singer (#262043)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

Subscribed and sworn before me
this 19th day of April, 2004

_____
Notary Public



Doc# 1860157\1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

In re:

| | |
|---|---|
| INTREPID USA, INC., | BKY CASE NO.: 04-40416 |
| INTREPID OF GOLDEN VALLEY, INC., | BKY CASE NO.: 04-40462 |
| F.C. ACQUISTION CORPORATION, | BKY CASE NO.: 04-40418 |

      Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE

---

      I, Marie Dagostino, declare under penalty of perjury that on April 19, 2004, I mailed and faxed a copy of the foregoing Supplemental Affidavit of Attorney in Connection with Employment of Lindquist & Vennum, P.L.L.P. Pursuant to Rule 2014 by first class mail, postage prepaid to each entity named below at the address stated below for each entity.

Michael Fadlovich, Esq.
U.S. Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Fax:  612-664-5516

Clint E. Cutler, Esq.
Fredrickson & Byron, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN  55402
Fax:  612-492-7077

Dated:  April 19, 2004                By:  /e/Marie Dagostino
                                                  Marie Dagostino

Doc# 1879006\1