UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

INTREPID U.S.A., INC.,
INTREPID OF GOLDEN VALLEY, INC
F.C. ACQUISITION CORPORATION,

Debtors.

Chapter 11 Bankruptcy

Case No. 04-40416
Case No. 04-40462
Case No. 04-40418
Case No. 04-41924-04-41988
(Jointly Administered Cases)

ORDER AUTHORIZING COMMITTEE TO EMPLOY
BDO SEIDMAN, LLP AS FINANCIAL ADVISORS

This case came before the Court on the Application of the Official Committee of Unsecured Creditors to Employ BDO Seidman, LLP as Financial Advisors (the "Application"). Based on the Application and the file, record and proceedings herein,

**IT IS HEREBY ORDERED:**

1.  That the employment by the Official Committee of Unsecured Creditors (the "Committee") of BDO Seidman, LLP ("BDO"), as financial advisors for the Committee to assist the Committee in the performance of its duties as set forth in the Application is approved effective October 25, 2004.

2.  That fee applications by BDO may be heard on 90-day intervals from commencement of the case.

3.  The Debtors are authorized to pay monthly invoices of BDO under the procedures in Instruction No. 8(c) of the Instructions for Filing a Chapter 11 Case, adopted by this Court effective January 27, 2003.

BY THE COURT:

Dated: November 17, 2004

/e/ Nancy C. Dreher
Nancy C. Dreher

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/17/04
Lori A. Vosejpka, Acting Clerk, By KK

e542-1