3056888/1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc., | Case No. 04-40416-NCD |
| and Jointly Administered Cases, | Case No. 04-40462-NCD |
| | Case No. 04-40418-NCD |
| Debtors | Case Nos. 04-41924 – 04-41988-NCD |

**ORDER AUTHORIZING DEBTORS TO EMPLOY SAMUEL R. MAIZEL AND THE LAW FIRM OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. AS SPECIAL CHAPTER 11 COUNSEL**

Upon the Joint Application by the above Debtors to employ Samuel R. Maizel and the law firm of Pachulski Stang Ziehl Young Jones & Weintraub P.C. to assist in the prosecution of a claim objection and related disputes, it appears that the employment is necessary herein, it appears that the individual and firm selected by the Debtors do not hold or represent an interest adverse to the above estates and that they are disinterested within the meaning of 11 U.S.C. § 327(a),

IT IS HEREBY ORDERED:

1. The Debtors may employ Samuel R. Maizel and the law firm of Pachulski Stang Ziehl Young Jones & Weintraub P.C. ("PSZYJW") upon the basis set forth in the application;

2. PSZYJW is authorized to schedule a hearing for allowance of professional fees and expenses under 11 U.S.C. §§ 331 and 330 not more than once every ninety (90) days; and

3. PSZYJW may submit regular monthly invoice to the Debtors, with copies to the counsel for the Official Committee of Unsecured Creditors and to counsel for the United States Trustee, and the Debtors are authorized to pay 80% of such fees and 100% of costs on a monthly basis, subject to later allowance by the Court as set out above.

UNITED STATES BANKRUPTCY COURT

Dated: __February 10, 2005__    /e/ Nancy C. Dreher
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 2/11/05
Lori A. Vosejpka, Clerk, By KK

e630-