UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc., | Case No. 04-40416-NCD |
| and Jointly Administered Cases, | Case No. 04-40462-NCD |
| | Case No. 04-40418-NCD |
| Debtors | Case Nos. 04-41924 – 04-41988-NCD |

**ORDER AUTHORIZING EMPLOYMENT OF ALVAREZ & MARSAL, LLC AS RESTRUCTURING CONSULTANT**

This matter came before the undersigned United States Bankruptcy Judge on Intrepid U.S.A., Inc.'s and its above-referenced affiliated debtors' (collectively "Debtors'") application to employ Alvarez & Marsal, LLC as restructuring consultant.

Based on the documents of record herein, the Court being fully advised in the premises, it appearing that it is necessary and appropriate for the Debtors to employ Alvarez & Marsal, LLC for the purpose set out in the Application.

IT IS HEREBY ORDERED:

1. Debtors are hereby authorized to employ Alvarez & Marsal, LLC effective August 18, 2005 on the terms set out in the application, subject to 11 U.S.C. §§ 328 and 330.

2. Debtors are authorized to pay Alvarez & Marsal, LLC an initial retainer of $140,000, which Alvarez & Marsal, LLC is hereby authorized to hold for application against its final fees.

3. Alvarez & Marsal, LLC may send monthly requests for payment of fees and reimbursement of expenses to the Debtors, with copies to the office of United States Trustee, counsel for the Official Committee of Unsecured Creditors, counsel for DVI, Inc. and counsel

for the Debtors. The Debtors are authorized to pay 80% of the monthly fees and 100% of the monthly expenses, subject to later allowance by the Court as set out above.

Date: August __22__, 2005
  /e/ Nancy C. Dreher
  The Honorable Nancy C. Dreher
  United States Bankruptcy Judge

#3156875\1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 8/26/05
Lori A. Vosejpka, Clerk, By KK

2