UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc., | Case No. 04-40416-NCD |
| And Jointly Administered Cases, | Case No. 04-40462-NCD |
| | Case No. 04-40418-NCD |
| Debtors. | Case Nos. 04-41924 – 04-41988-NCD |

**ORDER AUTHORIZING EMPLOYMENT OF
LARSON, ALLEN, WEISHAIR & CO., LLP AS ACCOUNTANTS FOR THE DEBTOR
IN CONNECTION WITH THE 2005 AUDIT**

Upon the Joint Application of Debtors to Employ Accountants for 2005 Audit (Larson, Allen, Weishair & Co., LLP) (the "Application"), in the above-captioned Chapter 11 cases, for entry of an order, pursuant to 11 U.S.C. § § 328 and 1103(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rule 2014-1, authorizing the employment and retention of Larson, Allen, Weishair & Co., LLP ("LarsonAllen") to conduct the audit for the year ending December 25, 2005 (the "2005 Audit"); the Court having considered the Verified Statement executed by John P. Richter in support of the Application; the Court being satisfied that based upon the representations made in the Application, LarsonAllen does not hold or represent any interest adverse to the Debtors, its respective estate or its respective creditors with respect to the matters upon which they are engaged, that LarsonAllen is a disinterested person as that term is defined under 11 U.S.C. § 101(14) and that the retention and employment of LarsonAllen is necessary and in the best interests of the Debtor's creditors and estate; adequate notice of the Application having been given; and the Court having been fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted and approved in all respects.

2. Pursuant to 11 U.S.C. §§ 328 and 1103(b), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rule 2014-1, Debtors are hereby authorized to retain and employ LarsonAllen for the 2005 Audit.

3. LarsonAllen shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 328, 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as have been or may be fixed by Order of this Court.

4. LarsonAllen is authorized to schedule a hearing for allowance of its professional fees and expenses under 11 U.S.C. §§ 331 and 330 not more than once every 90 days on the Court's regularly scheduled hearing date.

5. LarsonAllen shall issue regular monthly statements to Debtors and the Office of the U.S. Trustee. Upon issuance of the regular monthly statements, LarsonAllen may receive payment for up to 80% of billed attorney fees and 100% of incurred costs prior to obtaining approval of the Court at the regularly scheduled fee application hearings.

Dated:  November 21      , 2005

      /e/ Nancy C. Dreher
United States Bankruptcy Judge

#3196443\1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/21/05
Lori A. Vosejpka, Clerk, By KK