UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| Intrepid U.S.A., Inc. | Case No. 04-40416-NCD |
| Intrepid of Golden Valley, Inc. | Case No. 04-40462-NCD |
| F.C. Acquisition Corporation, | Case No. 04-40418-NCD |
| | (Jointly Administered) |
| Debtors. | |

**ORDER APPROVING AMENDMENT LETTER OF JEFFERIES & COMPANY, INC.**

On the Application of the Debtors to approve an amendment to their engagement of Jefferies & Company, Inc., and based on the documents of record herein,

**It is hereby ordered:** Debtor's Application is hereby approved and Debtors are authorized to perform in accordance with the Amendment Letter attached to the Application.

Dated: January 30, 2006

/e/ Nancy C. Dreher
Nancy C. Dreher
United States Bankruptcy Judge

#3220404\1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 1/31/06
Lori A. Vosejpka, Clerk, By KK